O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS LINTHECOME,<br><br>           Petitioner,<br><br>           v.<br><br>KENNETH BLACK, ET AL.,<br><br>           Respondents. | CASE NO. CV 18-5274-JGB (PJW)<br><br>ORDER DISMISSING HABEAS CORPUS PETITION WITHOUT PREJUDICE AND DENYING CERTIFICATE OF APPEALABILITY |

On June 14, 2018, Petitioner, who at that time was incarcerated in West Valley Detention Center, Rancho Cucamonga, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, contending that Respondents had deprived him of his rights under the Fifth and Fourteenth Amendments. On August 17, 2018, the Court dismissed the petition with leave to amend on the ground that the petition failed to clearly state a claim for relief. The Court admonished Petitioner to "set forth his claims as simply and concisely as possible, indicating which conviction or sentence he is challenging and on what grounds." (Doc. No. 6 at 2.) On September 7, 2018, Petitioner filed a First Amended Petition. For the following reasons, the First Amended Petition is dismissed without prejudice.

1  As the Court previously instructed Petitioner, the purpose of
2  habeas corpus is to attack the legality of a conviction or the length
3  of a sentence. *See Preiser v. Rodriguez*, 411 U.S. 475, 486-88 (1973);
4  *Crawford v. Bell*, 599 F.2d 890, 891 (9th Cir. 1979). In his First
5  Amended Petition, however, as in his initial petition, Petitioner has
6  recited a jumble of allegations regarding his arrests, prior prison
7  terms, and incarceration. For example, it appears that Petitioner is
8  attempting to challenge, alternatively, his illegal arrests, unlawful
9  jail terms, and "excessive term of parole," but without indicating
10 when these events occurred, who was responsible, and which of his
11 federal constitutional rights were violated. Moreover, Petitioner
12 fails to identify any state court conviction that he wishes to
13 challenge by way of this section 2254 habeas corpus petition.

14 Furthermore, the Court has now received undelivered mail that
15 indicates that Petitioner is no longer in the custody of the West
16 Valley Detention Center. As such, there is no longer any relief that
17 the Court can grant Petitioner in federal habeas corpus and,
18 therefore, the First Amended Petition is moot. For these reasons, the
19 First Amended Petition is dismissed without prejudice.

20 Finally, because Petitioner has not made a substantial showing of
21 the denial of a constitutional right or that the Court erred in its
22 procedural ruling, Petitioner is not entitled to a certificate of
23 appealability. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b);

*Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED

DATED: April 30, 2019

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Presented by:

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\MaynorGalvez\AppData\Local\Temp\notesEDD4B7\proposed order.wpd